UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN O'CONNOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPITAL ONE,<br><br>    Defendant. | Case No. 14-cv-00209-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Kandis A. Westmore for consideration of whether the case is related to Case No. 14-cv-00177 KAW.

**IT IS SO ORDERED.**

Dated: February 26, 2014

                                             JOSEPH C. SPERO
                                             United States Magistrate Judge