# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

ROBERT H. O'CONNOR,

        Plaintiff,

    v.

CAPITAL ONE,

        Defendant.

Case No. 14-cv-00656 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Kandis A. Westmore to determine whether it is related to *Robert H. O'Connor v. Capital One*, No. 14-cv-00177 KAW.

    IT IS SO ORDERED.

    Date: March 4, 2014

                                _____

                                Nathanael M. Cousins
                                United States Magistrate Judge