ROBERT H. O'CONNOR
67 Laken Lane
Palm Desert, CA 92211

PLAINTIFF IN PRO SE

FILED
2014 JUN 25 P 1:51
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT OF
# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROBERT H. O'CONNOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a Company,<br><br>Defendant. | Case No.: 14-CV-00177-KAW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CAPITAL ONE, N.A. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>DATE:<br>TIME:<br>Court Room:<br>Judge: Hon. Mag. J. Kandis A. Westmore |

**PLEASE TAKE NOTICE** that Plaintiff ROBERT H. O'CONNOR ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant Capital One, N.A.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

   **(1) By the Plaintiff.**

      (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has never answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Plaintiff has come to the understanding that venue is incorrect, and requests that he be granted a dismissal without prejudice in order to re-file complaint in the proper venue.

Dated : June 23, 2014

*Robert O'Connor*
Robert H. O'Connor – Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and served on the Defendant in the manner checked below and on the date stated and signed below.

[XXX] **BY MAIL** – I served a true and correct copy of the above named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. Mail at Palm Desert, California. Said envelope(s) was/were addressed as listed below.

[ ] **VIA FACSIMILE** – I caused to be transmitted by facsimile machine a true copy of the above named document(s), to the below listed, and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE** - I caused to be served by hand a true copy of the above named documents as listed hereafter.

**SEVERSON & WERSON**
**Attn: Alex C. Sears**
One Embarcadero Center, Suite 2600
San Francisco, Ca. 94111

Date: June 23, 2014

*/s/ Robert H. O'Connor*
_____
Robert H. O'Connor, Plaintiff in Pro Se

NOTICE OF VOLUNTARY DISMISSAL